PHILLIP A. TALBERT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2720
Facsimile:  (916) 554-2900

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, EX REL. RAVINDER KHAIRA, M.D., an individual,<br><br>Plaintiffs and Relator,<br><br>v.<br><br>BLUE CROSS OF CALIFORNIA, INC., et al.,<br><br>Defendants. | CASE NO.  2:18-cv-02790 MCE EFB SEALED<br><br>**ORDER RE: THE UNITED STATES OF AMERICA'S AND THE STATE OF CALIFORNIA'S NOTICES OF ELECTION TO DECLINE INTERVENTION**<br><br>**[FILED UNDER SEAL]** |

The United States of America ("United States") and the State of California ("California"), having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the California False Claims Act, Cal. Gov't Code § 12652(c)(1), the Court rules as follows:

IT IS HEREBY ORDERED that,

1. The relator's complaint, the Summons, the Notice of Election to Decline Intervention, and this Order be unsealed and served upon the defendants by the relator;

2. All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants;

3. The seal shall be lifted as to all other matters occurring in this action after the date of this Order;

///

4.  The parties shall serve all pleadings and motions (including supporting memoranda), orders and notices of appeal filed in this action upon the United States and California, as provided for in 31 U.S.C. § 3730(c)(3) and Cal. Gov't Code § 12652(f)(1).  The United States and California may order any deposition transcripts and are entitled to intervene in this action, upon a proper showing, at any time; and

7.  Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States and California with notice and an opportunity to be heard before ruling or granting its approval, in accordance with 31 U.S.C. § 3730(b)(1) and Cal. Gov't Code § 12652(c)(1).

IT IS SO ORDERED.

Dated:  January 5, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE