PHILLIP A. TALBERT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2720
Facsimile:  (916) 554-2900

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, EX REL. RAVINDER KHAIRA, M.D., an individual, <br><br> Plaintiffs and Relator, <br><br> v. <br><br> BLUE CROSS OF CALIFORNIA, et al., <br><br> Defendants. | CASE NO.  2:18-cv-02790 MCE EFB <br><br> **ORDER RE: NOTICE OF CONSENTS TO DISMISSAL OF INDIVIDUAL DEFENDANTS BY THE UNITED STATES OF AMERICA AND THE STATE OF CALIFORNIA** |

Relator Ravinder Khaira, M.D. having filed a Notice of Voluntary Dismissal of the following individual defendants, without prejudice:  Leslie Adair, Beth Maldonado, Kristin Mendoza, Tanya Contreras, William Dixey, Sharon Muscarella, Stacey Nappen, Katie Trueworthy, Shawnette Peterson, Christina Menchanca, Amy Cherico, Thomas Buescher, Nancy Brenton, Lisa Shakoor, Elisabeth Edge, Joshua Freeman, Rudolph Morales, Gavin McDougal and Christopher Kearney (collectively, the "Individual Defendants"), and the United States of America and the State of California, having filed a Notice of Consents to Dismissal of the Individual Defendants pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(1), and the California False Claims Act, Cal. Gov't Code § 12652(c)(1), respectively, the Court rules as follows:

///

///

**IT IS ORDERED** that the Individual Defendants are dismissed without prejudice as to relator Ravinder Khaira, M.D., the United States, and California.

DATED:  April 28, 2023

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE