UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, EX REL. RAVINDER KHAIRA, M.D., an individual,<br><br>                Plaintiffs and Relator,<br><br>        v.<br><br>BLUE CROSS OF CALIFORNIA, INC., a California corporation; BLUE CROSS OF CALIFORNIA PARTNERSHIP PLAN, INC., a California corporation; ANTHEM, INC., an Indiana corporation; DAVID MOSHER, an individual; LESLIE ADAIR, an individual; BETH MALDONADO, an individual; KRISTIN MENDOZA, an individual; TANYA CONTRERAS, an individual; WILLIAM DIXEY, an individual; SHARON MUSCARELLA, an individual; STACY NAPPEN, an individual; KATIE TRUEWORTHY, an individual; SHAWNETTE PETERSON, an individual; CHRISTINA MENCHANCA, an individual; AMY CHERICO, an individual; THOMAS BUESCHER, an individual; NANCY BRENTON, an individual; LISA SHAKOOR, an individual; ELISABETH EDGE, an individual; JOSHUA FREEMAN, an individual; RUDOLPH MORALES, an individual; GAVIN MCDOUGAL, an individual; and CHRISTOPHER KEARNEY, an individual,<br><br>                Defendants. | Case No. 2:18-cv-02790-MCE-JDP<br><br>**ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Complaint Filed:  October 18, 2018<br>First Am. Complaint Filed:  April 13, 2020<br>Unsealed:  January 6, 2023 |

{00200942.1}

Defendants Blue Cross of California, Inc., Blue Cross of California Partnership Plan, Inc., and Anthem, Inc. (together, the "Blue Cross Defendants") have filed an unopposed motion for extension of time to file their reply brief in support of their Motion to Dismiss First Amended Complaint.

The Court grants the request. The Blue Cross Defendants shall file their reply brief no later than June 27, 2023.

**IT IS SO ORDERED.**

Dated:  June 21, 2023

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE