<br>

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, ex rel.; RAVINDER KHAIRA, M.D., an individual,<br><br>　　　　　　Plaintiffs and Relator,<br><br>　v.<br><br>BLUE CROSS OF CALIFORNIA, INC., a California corporation, et al.,<br><br>　　　　　　Defendants. | No.  2:18-cv-02790-MCE-JDP<br><br>**ORDER** |

On March 8, 2024, this Court filed a Memorandum and Order dismissing Plaintiff's First Amended Complaint with leave to amend. ECF No. 63. The Court made clear in that filing that:

> Not later than twenty (20) days following the date this Memorandum and Order is electronically filed, Relator may, but is not required to, file a second amended complaint. If no second amended complaint is timely filed, this action will be deemed dismissed with prejudice upon no further notice to the parties.

///

///

///

1

No second amended complaint has been filed.  Accordingly, this action is hereby DISMISSED with prejudice.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  April 12, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE